**DENY; and Opinion Filed August 22, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00965-CV

### IN RE BETTIE PRIESTER AND JOHN PRIESTER, JR., Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04751-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang and Justice Brown
Opinion by Justice Brown

This case involves a Rule 736 expedited foreclosure action. TEX. R. CIV. P. 736. In this petition for writ of mandamus, relators complain that the trial court has not signed a proposed order vacating that court's prior order granting expedited foreclosure on relators' property. Relators ask this Court to order the trial court to sign an order vacating the expedited foreclosure order.

This original proceeding is now moot, however, because the trial court has acted on relators' motion to vacate the expedited foreclosure order by signing an order denying the motion to vacate on August 11, 2016, and relators have not sought review of the August 11, 2016 order.

Accordingly, we **DENY** the petition as moot.

/s/ Ada E. Brown
ADA E. BROWN
JUSTICE

160965F.P05